**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

OHIO SAVINGS BANK, etc.,

    Plaintiff,

vs.                                                            CASE NO. 8:06-CIV-1990-T-17-MAP

AMTRUST FUNDING SERVICES, INC.,
etc.,

    Defendant.
_____/

**ORDER FINDING DEFENDANT IN CONTEMPT OF COURT**

    This cause is before the Court the plaintiff's motion for order to show cause why the defendant should not be held in contempt of court. The plaintiff alleges that the defendant has violated the Consent Order, Final Judgment and Permanent Injunction entered in this case on December 18, 2006. The plaintiff asks for damages, attorney fees, and costs in the matter. This Court issued an order to show cause giving the defendant until August 27, 2007, to show cause why it should not be held in contempt of court. The defendant has failed to timely respond to the order. Accordingly, it is

    **ORDERED** that the defendant is **adjudged** to be in civil contempt of court and is directed to cease and desist its contempt of the order of this court immediately and to pay the plaintiff damages, reasonable attorney fees and costs. The parties shall have thirty days from this date to agree on the damages, attorney fees and costs. If they fail to agree, the plaintiff may file an appropriate motion to the Court for a ruling on those issues.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of September, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record